**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-7055**

UNITED STATES OF AMERICA,

              Plaintiff – Appellee,

        v.

RICKY LEE COPELAND,

              Defendant - Appellant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   Robert E. Payne, Senior
District Judge.  (3:10-cr-00035-REP-1)

Submitted:  January 13, 2014          Decided:  January 28, 2014

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ricky Lee Copeland, Appellant Pro Se. Peter Sinclair Duffey,
Assistant United States Attorney, Richmond, Virginia, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ricky Lee Copeland appeals the district court's order denying his motion for reconsideration or, in the alternative, renewed motion for a sentence reduction under 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm substantially for the reasons stated by the district court. United States v. Copeland, No. 3:10-cr-00035-REP-1 (E.D. Va. June 20, 2013); see also United States v. Black, 737 F.3d 280, 287 (4th Cir. 2013) (holding that § 3582(c)(2) does not provide means to apply Fair Sentencing Act ("FSA") minimums to defendants sentenced before FSA's effective date); United States v. Blewett, __ F.3d __, 2013 WL 6231727, at *2 (6th Cir. Dec. 3, 2013) (en banc) (Nos. 12-5226, 12-5582) (vacating panel opinion and holding that "(1) the Fair Sentencing Act's new mandatory minimums do not apply to defendants sentenced before it took effect; (2) § 3582(c)(2) does not provide a vehicle for circumventing that interpretation; and (3) the Constitution does not provide a basis for blocking it"). We further deny Copeland's request for appointment of counsel.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials

2

before this court and argument would not aid the decisional process.

AFFIRMED